IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES JETT,

    *Plaintiff*,

v.                                   Case No.: 5:22cv90-MW/MJF

CARLOS DEL TORO,
In his official capacity as Secretary,
U. S. Department of the Navy,

    *Defendant*.
_____/

## ORDER EXTENDING MEDIATION DEADLINE

This Court has considered, without hearing, Defendant's consent motion for a two-day extension of the mediation deadline. ECF No. 22. The motion is **GRANTED**. The parties' deadline to conduct mediation is extended to **on or before June 29, 2023**.

SO ORDERED on May 17, 2023.

                                                      s/Mark E. Walker                
                                                      **Chief United States District Judge**